LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARTHA J. BUNDERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>VISION SIGN, INC., a Nevada Corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendant. | Case No: 2:18-cv-00706-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Martha J. Bunderson and Defendant Vision Sign, Inc., by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, and any causes of action and claims

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

for relief asserted in these proceedings by Plaintiff against Defendant, with each of the parties to bear their own respective attorneys' fees and costs.

| Dated this 14th day of August, 2018. | Dated this 14th day of August, 2018. |
|---|---|
| LIPSON NEILSON P.C. | THE THATER LAW GROUP, P.C. |
| /s/ Jessica A. Green | /s/ M. Lani Esteban-Trinidad |
| JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant* | M. LANI ESTEBAN-TRINIDAD, ESQ.<br>Nevada Bar No. 6967<br>6390 W. Cheyenne Ave., Suite A<br>Las Vegas, Nevada 89109<br><br>*Attorneys for Plaintiff* |

### ORDER

Based on the foregoing stipulation of parties, it is hereby ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this __15th__ day of __August__, 2018.

RICHARD F. BOULWARE, II
United States District Court